# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| FERRILL JOSEPH VOLPICELLI,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 83553 |
| FERRILL JOSEPH VOLPICELLI,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 83554 |
| FERRILL JOSEPH VOLPICELLI,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 83555 ✓ |

**FILED**

OCT 21 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from orders denying motions for reconsideration. Second Judicial District Court, Washoe County; Kathleen A. Sigurdson, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for reconsideration in a criminal matter, this court lacks jurisdiction to consider these appeals. *Phelps v. State*, 111 Nev. 1021,

21-30321

1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS these appeals DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Kathleen A. Sigurdson, District Judge
Ferrill Joseph Volpicelli
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A